No. 10-5569. Boris Shulman, Petitioner v. BlueCross BlueShield of South Carolina.

562 U.S. 824, 131 S. Ct. 386, 178 L. Ed. 2d 21, 2010 U.S. LEXIS 6732.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 370 Fed. Appx. 384.

No. 10-5720. Debra Robertson, Petitioner v. Cree, Incorporated.

562 U.S. 824, 131 S. Ct. 386, 178 L. Ed. 2d 21, 2010 U.S. LEXIS 6274.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 385 Fed. Appx. 307.

No. 10-5783. Felipe Hernandez-Anguiano, Petitioner v. Eric H. Holder, Jr., Attorney General.

562 U.S. 824, 131 S. Ct. 386, 178 L. Ed. 2d 21, 2010 U.S. LEXIS 6710.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 10-5867. Elizabeth A. Chan, Petitioner v. Department of Justice.

562 U.S. 824, 131 S. Ct. 387, 178 L. Ed. 2d 21, 2010 U.S. LEXIS 6632.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 368 Fed. Appx. 143.

No. 10-5937. James Louis Guyton, Jr., as Executor of the Estate of James Louis Guyton, Petitioner v. United States.

562 U.S. 824, 131 S. Ct. 387, 178 L. Ed. 2d 21, 2010 U.S. LEXIS 6463.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 372 Fed. Appx. 5.

No. 10-5946. Barbara Robinson, Petitioner v. Eric H. Holder, Jr., Attorney General.

562 U.S. 824, 131 S. Ct. 387, 178 L. Ed. 2d 21, 2010 U.S. LEXIS 6287.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to

submit a petition in compliance with Rule 33.1 of the Rules of this Court.

▅▅▅▅

**No. 09-913. Elvis David Lewis, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 826, 131 S. Ct. 65, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6175.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 325 Fed. Appx. 178.

▅▅▅▅

**No. 09-944. Placer Dome, Inc., et al., Petitioners v. Provincial Government of Marinduque, Republic of the Philippines.**

562 U.S. 827, 131 S. Ct. 65, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6316.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 582 F.3d 1083.

▅▅▅▅

**No. 09-945. Louisiana Safety Association of Timbermen - Self Insurers Fund, Petitioner v. Certain Underwriters at Lloyd's, London, et al.**

562 U.S. 827, 131 S. Ct. 65, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6262.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 587 F.3d 714.

▅▅▅▅

**No. 09-951. National Right to Work Legal Defense Foundation, Inc.,**

**Petitioner v. UNITE (Union of Needletrades, Industrial & Textile Employees, AFL-CIO), et al.**

562 U.S. 827, 131 S. Ct. 65, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6197.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 585 F.3d 741.

▅▅▅▅

**No. 09-960. William H. Hogan, in His Official Capacity as Commissioner of Alaska Department of Health and Human Services, et al., Petitioners v. Kaltag Tribal Council, et al.**

562 U.S. 827, 131 S. Ct. 66, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6530.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 344 Fed. Appx. 324.

▅▅▅▅

**No. 09-983. Kevin Scott Peterson, Petitioner v. City of Fort Worth, Texas.**

562 U.S. 827, 131 S. Ct. 66, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6741.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 588 F.3d 838.

▅▅▅▅

**No. 09-989. Dwight J. Loving, Petitioner v. United States.**

562 U.S. 827, 131 S. Ct. 67, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6670.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.